IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

AMBER RUSSELL-HARVEY,

    Plaintiff

    v.                                      3:12-CV-00953

CAROLYN W. COLVIN, ACTING      (Judge MARIANI)
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

FILED
SCRANTON
MAY 29
PER
DEPUTY CLERK

## ORDER

AND NOW, **ON THIS 29TH DAY OF MAY**, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of Amber Russell-Harvey and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Amber Russell-Harvey social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing and appropriately evaluate Russell-Harvey's mental impairments, address and resolve all conflicts created by probative evidence in the administrative record, reach a proper determination of Russell-Harvey's credibility, and elicit further medical opinion regarding Russell-Harvey's residual functional capacity.

3. The Clerk of Court is directed to close the case.

BY THE COURT:

*signature*

Robert D. Mariani
United States District Judge